## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JAMIEL JOHNSON, PRISONER AT SCI CAMP HILL, PA, | : No. 98 EM 2017 |
| Petitioner | : |
| v. | : |
| SHEILA WOOD-SKIPPER, PRESIDENT JUDGE OF PHILADELPHIA COUNTY COURT OF COMMON PLEAS, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of October, 2017, the Application for Leave to File Original Process is GRANTED. The Petition for Writ of Prohibition, the Application for Leave to File Application for Relief, and the Application for Leave to File Post-Submission Communication are DENIED.

    The Prothonotary is DIRECTED to strike the name of the jurist from the caption.